| AO 10 Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) DODD, DOUGLAS D. | 2. Court or Organization MIDDLE DISTRICT OF LOUISIANA | 3. Date of Report 05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

7. Chambers or Office Address

707 FLORIDA ST.
STE. 236
BATON ROUGE, LOUISIANA 70801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST # 1 CLASS TRUST (SEE NOTE IN PART VIII) |
| 2. TRUSTEE | TRUST # 2 CLASS TRUST (SEE NOTE IN PART VIII) |
| 3. ADJUNCT PROFESSOR OF LAW | LOUISIANA STATE UNIVERSITY LAW CENTER |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DODD, DOUGLAS D. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2013 | LOUISIANA STATE UNIVERSITY LAW CENTER - TEACHING SALARY | $2,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL ASSOCIATION OF BANKRUPTCY TRUSTEES ANNUAL CONFERENCE | FEBRUARY 21-23, 2013 | SCOTTSDALE, AZ | EDUCATIONAL SEMINAR SPEAKER | TRANSPORTATION, LODGING, MEALS |
| 2. | ASSOCIATION OF BANKRUPTCY JUDICIAL ASSISTANTS | OCTOBER 28 - 30, 2013 | ATLANTA, GA. | EDUCATIONAL SEMINAR SPEAKER | TRANSPORTATION, LODGING, MEALS |
| 3. | LOUISIANA STATE BAR ASSOCIATION | NOVEMBER 15, 2013 | NEW ORLEANS, LA | EDUCATIONAL SEMINAR SPEAKER | TRANSPORTATION |
| 4. | LOUISIANA BANKERS ASSOCIATION | DECEMBER 12, 2013 | NEW ORLEANS, LA | BANK COUNSEL CONFERENCE SPEAKER | TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| DODD, DOUGLAS D. | 05/14/2014 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| **DODD, DOUGLAS D.** | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TENET HEALTHCARE CORP. 401(K) PLAN | A | Int./Div. | J | T | | | | | |
| 2. -- Vanguard Inst. Index Fund | | | | | | | | | |
| 3. -- AF Growth of America Fund | | | | | | | | | |
| 4. -- Davis NY Venture Y Fund | | | | | | | | | |
| 5. FIDELITY HOMESTEAD ASS'N IRA (MONEY MARKET) | A | Interest | J | T | | | | | |
| 6. WHITNEY NATIONAL BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 7. SUN LIFE ASSURANCE: WHOLE LIFE POLICY (Y) | A | Dividend | | | Closed | 05/01/13 | J | | SEE NOTE IN PART VIII |
| 8. PHOENIX HOME LIFE: WHOLE LIFE POLICIES (Y) | A | Dividend | | | Closed | 05/01/13 | J | | SEE NOTE IN PART VIII |
| 9. TRUST#2 CLASS TRUST | | None | | | | | | | |
| 10. -- 70% interest in Dodd Investments, L.L.C. | | | | | | | | | |
| 11. CAPITOL ONE BANK ACCOUNT | | None | J | T | | | | | |
| 12. CAMPUS FEDERAL CREDIT UNION ACCOUNT | A | Int./Div. | J | T | | | | | |
| 13. NORTHWESTERN MUTUAL LIFE: WHOLE LIFE POLICY | A | Dividend | K | T | Buy | 05/01/13 | K | | SEE NOTE IN PART VIII |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I -

LINE 1 - TRUST #1 CLASS TRUST IS AN UNFUNDED TRUST THAT WAS ESTABLISHED TO RECEIVE THE PROCEEDS OF LIFE INSURANCE POLICIES. THE INSURED IS STILL LIVING, AND THE TRUST HAS NO ASSET VALUED AT MORE THAN $1000.

LINE 2 - TRUST # 2 CLASS TRUST OWNS 70% OF THE MEMBERSHIP INTERESTS IN DODD INVESTMENTS, L.L.C., A LOUISIANA LIMITED LIABILITY COMPANY. I HAVE NO CONTROL OVER THE LIMITED LIABILITY COMPANY, WHICH HAS NO ASSETS.

PART VII -

LINES 7, 8, 13 - TWO PHOENIX HOME LIFE POLICIES AND ONE SUN LIFE INSURANCE POLICY WERE TRANSFERRED DIRECTLY TO NORTHWESTERN MUTUAL IN EXHCANGE FOR A REPLACEMENT WHOLE LIFE CONTRACT IN A 1035 TRANSFER/EXCHANGE IN MAY 2013. ONE PHOENIX HOME LIFE POLICY WAS SURRENDERED AND ONE SUN LIFE POLICY WAS ALLOWED TO LAPSE AS PART OF THE SAME TRANSACTION.

LINE 12 - CAPITOL ONE BANK ACCOUNT IS NOT AN INTEREST BEARING ACCOUNT.

| Name of Person Reporting | Date of Report |
|---|---|
| DODD, DOUGLAS D. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOUGLAS D. DODD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544